Before S ATE INDUSTRIAL BOARD, Respondent. THOMAS HEBRON, Respondent, v. LOEW'S, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. J. R. HARRIS, Respondent, v. STRAIGHT LINE ENGINE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HYMAN HIRSH, Respondent, v. H. LIPKE's SONS and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. THELMA HARPER, Respondent, v. SHEFFIELD FARMS Co., INC., Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. LIVINIA R. JACKSON, Respondent, v. DURANT MOTOR COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against the said Board to abide the event, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA KOMINSKI, Respondent, v. SYRACUSE LIGHTING COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CASHA KALLASY, Respondent, v. UTICA HEATER COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs against the said Board to abide the event, on the ground that the award rests upon the uncorroborated hearsay statements of the deceased. All concur.

FREDERICK W. KOOKOGEY, Appellant, v. CHARLES A. O'HARA, Respondent, Impleaded with Others.— Order modified by inserting a provision that, except as to the costs therein granted, said order shall not be effective if the plaintiff, within thirty days after service of a certified copy hereof, serves the summons or begins the service thereof by publication on all the defendants, and as so modified unanimously affirmed, with costs aga'nst the appellant, and the judgment entered on said order is, including the costs therein specified, modified in the same manner, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK LINDY, Respondent, v. HALCOMB STEEL COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PAOLO LO BUE (LA RUE), Respondent, v. KOHLER & CAMPBELL and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MORRIS LESS, Respondent, v. ALEX SHIFF and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. I. LUSTGARTEN, Respondent, v. SIMON GASNER & SONS COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DOROTHY LAMPHERE, Respondent, v. FRANKLIN HOTEL and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN LIMAN, Respondent, v.